General Complaint



FEB 0 7 2020

Clerk, U.S. District Court
Eastern District of Texas

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
Sherman Division

ex rel

HUD/FHA/VA

Teressa R. Calhoun,          Case Number : 4:20cv92

                                                        ALM/KPJ

Unknown Home Loan Borrowers (John Doe)

List the full name of each plaintiff in this action. See Attachment #1

VS.

Pulte Group, Inc.

LoanCare LLC,

Stearn Lending LLC

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary. See: Attachment #2

I.   ATTEMPT TO SECURE COUNSEL:

     Please answer the following concerning your attempt to secure counsel.

     A.   In the preparation of this suit, I have attempted to secure the aid of an
          attorney as follows: (circle one)

          1.   Employ Counsel
          2.   Court - Appointed Counsel
          3.   Lawyer Referral Service of the State Bar of Texas,
               P. O. Box 12487, Austin, Texas 78711.

     B.   List the name(s) and address(es) of the attorney(s):

          Matthew B. Smith, Phillips + Cohen LLP
          2000 Massachusetts Ave. NW
          Washington, DC 20036

*ex rel HUD/FHA v. PulteGroup, Inc. ET, AL.*

C.   Results of the conference with counsel:

Declined to represent my case.

II.   List previous lawsuits:

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?   ☒ Yes   _____ No

B.   If your answer to "A" is "yes", describe the lawsuit in the space below.
If there is more than one lawsuit, attach a separate piece of paper describing each.

1.   Approximate file date of lawsuit: Jan. 24, 2019

2.   Parties to previous lawsuit(s):

Plaintiff Teressa R. Calhoun

Defendant Stearns Lending LLC, ET, AL.

Attach a separate piece of paper for additional plaintiffs or defendants.

3.   Identify the court the lawsuit was filed. If federal, name the district. If state, name the county. U.S. District Court, Eastern District of Texas, Sherman Division

4.   Docket number in other court. 4:19 CV 55

5.   Name of judge to whom the case was assigned. Mazzant

6.   Disposition: Was the case dismissed, appealed or still pending? Still Pending

7.   Approximate date of disposition. _____

*ex rel HUD/FHA v. PulteGroup, Inc. ET, AL.*

III.    Parties to this suit:

    A.    List the full name and address of each plaintiff: See: Attachment #1, Pgs. 1-5

        Pla #1 Housing and Urban Development/FHA
            451 7th St. SW
            Washington, DC  20410

        Pla #2 U.S. Dept. of Veterans Affairs
        Building 810, Vermont Ave. NW
        Washington, D.C.

    B.    List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1: PulteGroup, Inc.
        3350 Peachtree Rd. Ste. 150
        Atlanta, GA  30326

        Dft #2: See: Attachment #2,
        Pages 1-14

        Dft #3 _____

Attach a separate sheet for additional parties.

ex rel HUD/FHA v. PulteGroup, Inc.
ET, AL.

IV:    Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

See: Attachment # 5,
    Statement of Claim,
    Pages - 1-19

See Also: Exhibit List, Pages
    1-16, with
    Exhibits 1-190,
    Attachment # 4

See: Attachment # 6,
    Cause of Action,
    Pages - 1-3 and
    Attachment # 3

* Relator request a Jury Trial.

ex rel HUD/FHA v. PulteGroup, Inc.
ET, AL.

V.    Relief: State Briefly exactly what you want the court to do for you.  Make no legal
arguments and do not cite cases or statutes.  Attach additional pages if necessary.

Relator request 15% to 30%
of restitution - recovery, as
Qui Tam provision and for
Foreclosure - victims - a resti-
tution - recovery of $5
Million Dollars as relief
for the Defendants' violations.

Signed this ___07___ day of __February__, 20 _20_ .
                                    (Month)                    (Year)

_____

_____

_____

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __Feb. 07, 2020__
                    Date

__Teresa B. Calhoun, ex rel__
            Signature of each plaintiff