# United States District Court
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF TEXAS *ex rel.* TERESSA R. CALHOUN, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> PULTE GROUP, INC., *et al.*, <br><br>  Defendants. | § § § § § § § § § § § § §   Civil Action No. 4:20-cv-92-ALM-KPJ <br> *SEALED* |

## ORDER OF DISMISSAL

Pending before the Court is Relator Teressa R. Calhoun's ("Relator") Motion to Dismiss Without Prejudice (the "Motion") (Dkt. #35). In the Motion, Relator requests that this action be dismissed without prejudice, as Relator has been unable to retain a lawyer as ordered by the Court. *See id.* Additionally, the United States has declined to intervene in this *qui tam* action and has consented to dismissing this case without prejudice. *See* Dkts. #33, #38.

Upon consideration, the Court finds Relator's Motion is hereby **GRANTED**.

It is hereby **ORDERED, ADJUDGED, AND DECREED** that this entire action, and all of the claims asserted therein, be **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs.

**IT IS FURTHER ORDERED** that Plaintiff's Original Complaint (Dkt. # 1), the United States' Notice of Election to Decline Intervention (Dkt. # 33), Relator's Motion (Dkt. # 35), the United States' Response (Dkt. # 38), this Order, and any other matters occurring after this Order be unsealed.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this 28th day of July, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE